COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:    01-18-00504-CR

Style:    Esther Laver Thomas v. The State of Texas

Date motion filed[*]:    June 14, 2018

Type of motion:    Unopposed Motion for Extension of Time to File Notice of Appeal

Party filing motion:    Appellant's counsel, D. Craig Hughes

Document to be filed:    N/A

Is appeal accelerated?    No.

If motion to extend time:

    Original due date:    June 5, 2018 (Notice of appeal deadline)

    Number of extensions granted:    0    Current Due Date:  June 20, 2018 (15-day grace period)

    Date Requested:    June 14, 2018

Ordered that motion is:

    ☑ Granted

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    Appellant's motion to extend the time to file the notice of appeal is **granted** because both her June 11, 2018 notice of appeal and counsel's June 14, 2018 extension request were filed within the 15-day grace period and the motion provides a reasonable explanation for the 9-day delay.  *See* TEX. R. APP. P. 10.5(b), 26.3; *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Douglas v. State*, 987 S.W.2d 605, 606 (Tex. App.—Houston [1st Dist.] 1999, no pet.)) ("The limited, 15-day extended time period applies to both the notice and the motion for extension; both must be filed within the 15-day time period.").

Judge's signature: /s/ Evelyn V. Keyes

        ☑ Acting individually    ☐ Acting for the Court

Date:  June 19, 2018

November 7, 2008 Revision